| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 17-17912-AMC

DONNA ANN DEWEY  
113 ORCHARD COURT  
BLUE BELL  PA    19422

Petition Filed Date: 11/22/2017  
341 Hearing Date: 02/23/2018  
Confirmation Date: 10/10/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $1,000.00 | | 02/22/2019 | $1,000.00 | | 03/19/2019 | $1,000.00 | |
| 04/22/2019 | $1,000.00 | | 05/20/2019 | $1,000.00 | | 06/24/2019 | $1,000.00 | |
| 07/22/2019 | $1,000.00 | | 08/19/2019 | $1,000.00 | | 09/27/2019 | $1,000.00 | Monthly Plan P |
| 10/28/2019 | $1,000.00 | | 12/04/2019 | $1,000.00 | | 12/30/2019 | $1,000.00 | |
| 01/28/2020 | $1,000.00 | | 02/27/2020 | $1,000.00 | | 03/30/2020 | $1,000.00 | |
| 04/28/2020 | $1,000.00 | | 05/29/2020 | $1,000.00 | | 06/29/2020 | $1,000.00 | |
| 07/28/2020 | $1,000.00 | | | | | | | |

**Total Receipts for the Period: $19,000.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $32,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | AMERICAN EXP CENTURION BANK »» 006 | Unsecured Creditors | $2,711.69 | $2,286.20 | $425.49 |
| 13 | BANK OF AMERICA NA »» 013 | Unsecured Creditors | $2,882.00 | $2,429.79 | $452.21 |
| 5 | CAVALRY SPV I LLC »» 005 | Unsecured Creditors | $129.04 | $108.80 | $20.24 |
| 2 | CITIZENS BANK OF PENNSYLVANIA »» 002 | Mortgage Arrears | $10,869.90 | $10,869.90 | $0.00 |
| 1 | CITIZENS BANK NA »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | DEPARTMENT STORE NATIONAL BANK »» 010 | Unsecured Creditors | $1,048.13 | $883.67 | $164.46 |
| 11 | DEPARTMENT STORE NATIONAL BANK »» 011 | Unsecured Creditors | $1,047.65 | $883.26 | $164.39 |
| 12 | MOMA FUNDING LLC »» 012 | Unsecured Creditors | $642.69 | $541.85 | $100.84 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES »» 007 | Unsecured Creditors | $120.19 | $101.33 | $18.86 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $270.18 | $227.79 | $42.39 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $1,604.59 | $1,352.81 | $251.78 |
| 3 | SELECT PORTFOLIO SERVICING INC »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | SPECIALIZED LOAN SERVICING LLC »» 004 | Mortgage Arrears | $1,143.67 | $1,143.67 | $0.00 |

| 14 | JOHN L MC CLAIN ESQ<br>»» 014 | Attorney Fees | $7,500.00 | $7,500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,000.00 | Current Monthly Payment: | $1,000.00 |
| Paid to Claims: | $28,329.07 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,770.92 | Total Plan Base: | $34,000.00 |
| Funds on Hand: | $900.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.