United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 17-17912-amc

Donna Ann Dewey  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Dec 09, 2020 | Form ID: 138NEW | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donna Ann Dewey, 113 Orchard Court, Blue Bell, PA 19422-2834 |
| cr | + | HSBC BANK USA, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | + | HSBC Bank USA, National Association, 14841 DALLAS PARKWAY, SUITE 425, DALLAS, TX 75254-8067 |
| cr | + | SPECIALIZED LOAN SERVICING LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Specialized Loan Servicing LLC, ., 8742 Lucent Blvd, Suite 300, Highlands Rnach, CO 80129-2386 |
| 14058852 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14018129 | + | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 14111898 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14058742 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 14018131 | + | Cco Mortgage Corp. (Citizens), 10561 Telegraph Rd, Glen Allen, VA 23059-4577 |
| 14018132 | + | Citibank / Sears, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, S Louis, MO 63179-0040 |
| 14018133 | + | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, PO Box 790040, Saint Louis, MO 63179-0040 |
| 14018134 | + | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14027579 | + | Citizens Bank of Pennsylvania, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14077740 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14452357 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14473181 | + | Federal Home Loan Mortgage Corporation, as Trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14018139 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14018141 | | Michael Gaier, Esquire, Shaffer & Gaier, 8 Penn Ctr1628 JFK Bld, Ste 4, Philadelphia, PA 19103 |
| 14275303 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14494993 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14018146 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 14036076 | | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 14051464 | | Wells Fargo Bank, NA, Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Dec 10 2020 03:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 10 2020 03:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 10 2020 03:38:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2020 | Form ID: 138NEW | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 10 2020 03:03:00 | CITIZENS BANK NA f/k/a RBS CITIZENS NA, One Citizens Bank Way Mail Stop JCA115, Johnston, RI 02919-1922 |
| cr | + | Email/Text: jennifer.chacon@spservicing.com | Dec 10 2020 03:38:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Dec 10 2020 03:10:56 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14018135 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 10 2020 03:03:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 14018136 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 10 2020 03:37:00 | Comenitycapital/boscov, Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14262668 | | Email/Text: bnc-quantum@quantum3group.com | Dec 10 2020 03:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14068039 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 10 2020 03:08:16 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14018415 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 10 2020 03:08:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14018142 | + | Email/Text: nod.referrals@fedphe.com | Dec 10 2020 03:37:00 | Phelan, Hallinan & Schmieg, LLP, 1617 JFK Boulevard, Ste 1400, Philadelphia, PA 19103-1814 |
| 14103854 | | Email/Text: bnc-quantum@quantum3group.com | Dec 10 2020 03:37:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14018143 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 10 2020 03:10:57 | Syncb/Lord & Taylor, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14018144 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 10 2020 03:05:29 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14018137 | | Daniel and Marlene Coachi |
| 14018140 | | Michael Coleman |
| 14018145 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 14018138 | *+ | Donna Ann Dewey, 113 Orchard Court, Blue Bell, PA 19422-2834 |
| 14018130 | ##+ | Bank Of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2020        Signature:        /s/Joseph Speetjens

Case 17-17912-amc    Doc 66    Filed 12/11/20    Entered 12/12/20 00:44:13    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: Adminstra | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2020 | Form ID: 138NEW | Total Noticed: 39 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2020 at the address(es) listed below:**

**Name**  **Email Address**

FREDERICK L. REIGLE
on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

JEROME B. BLANK
on behalf of Creditor WELLS FARGO BANK  N.A. paeb@fedphe.com

JILL MANUEL-COUGHLIN
on behalf of Creditor HSBC BANK USA ETAL bankruptcy@powerskirn.com

JOHN L. MCCLAIN
on behalf of Debtor Donna Ann Dewey aaamcclain@aol.com edpabankcourt@aol.com

MARIO J. HANYON
on behalf of Creditor WELLS FARGO BANK  N.A. mario.hanyon@brockandscott.com, wbecf@brockandscott.com

MARY F. KENNEDY
on behalf of Creditor Citizens Bank of Pennsylvania mary@javardianlaw.com angie.harrigan@javardianlaw.com

POLLY A. LANGDON
on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ
on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
on behalf of Creditor WELLS FARGO BANK  N.A. paeb@fedphe.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Donna Ann Dewey
      Debtor(s)          Bankruptcy No: 17−17912−amc
                       Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

 1. The Standing Chapter 13 Trustee has filed his final report and account.

☑  2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑  3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

 4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

 5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                       For The Court
                       Timothy B. McGrath
                       Clerk of Court

Dated: 12/9/20

                             65 − 64
                           Form 138_new